HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOSEPH ALAN CHILDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ALAN CHILDERS,<br><br>Defendant. | Case No. 2:23-CR-00103-DAD<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:  August 29, 2023<br>TIME:  9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, JOSEPH ALAN CHILDERS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this matter was set on August 29, 2023.

2. By this stipulation, defendant now moves to continue the status conference until October 3, 2023, and to exclude time between August 29, 2023, and October 3, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that initial discovery associated with this case includes reports, photographs, and video recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying. The government

has also since provided defense counsel with supplemental discovery.

b) In addition, the government has recently provided defense counsel with a plea offer.

c) Counsel for the defendant needs additional time to review the supplemental discovery with her client and discuss the plea offer.

d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2023 to October 3, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 22, 2023                          */s/ Meghan D. McLoughlin*
                                                MEGHAN D. McLOUGHLIN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOSEPH ALAN CHILDERS


Dated: August 22, 2023                          */s/ Alstyn Bennett*
                                                ALSTYN BENNETT
                                                Assistant United States Attorney


ORDER

Pursuant to the stipulation of the parties, the status conference in this case is continued to October 3, 2023, at 9:30 a.m. before the undersigned and time is excluded between August 29, 2023, and October 3, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **August 22, 2023**                     _____
                                                UNITED STATES DISTRICT JUDGE