PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00103-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA; FINDINGS AND ORDER |
| v. | |
| JOSEPH ALAN CHILDERS, | DATE: October 3, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 3, 2023.

2. Since the last hearing date, defendant has accepted a plea agreement.

///

///

///

3. By this stipulation, the parties now move to vacate the status conference and set for change of plea on October 3, 2023. Time was previously excluded under Local Code T4 until that date.

IT IS SO STIPULATED.

Dated:  September 27, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated:  September 27, 2023

/s/ MEGHAN D. MCLOUGHLIN
MEGHAN D. MCLOUGHLIN
Counsel for Defendant
JOSEPH ALAN CHILDERS

**ORDER**

IT IS SO ORDERED.

Dated:  **September 28, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE