PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ALAN CHILDERS,<br><br>Defendant. | CASE NO. 2:23-CR-00103-DAD<br><br>STIPULATION REGARDING VACATING JUDGMENT AND SENTENCING DATE AND RESETTING PSR DISCLOSURE SCHEDULE; FINDINGS AND ORDER<br><br>DATE: January 9, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgement and sentencing on January 9, 2024.

2. Probation requires additional time to complete the Presentence Report. Accordingly, the parties have conferred with Probation and request the Court vacate the current judgment and sentencing date and reset the Presentence Report disclosure schedule as follows:

| | | |
|---|---|---|
| a) | Judgment and Sentencing Date: | March 5, 2024 |
| b) | Reply, or Statement of Non-Opposition: | February 27, 2024 |
| c) | Formal Objections to PSR: | February 20, 2024 |
| d) | Final PSR: | February 13, 2024 |
| e) | Informal Objections to PSR: | February 6, 2024 |

    f)  Draft PSR:            January 23, 2024

3. The Probation Officer has no objection to the new dates.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 3, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALSTYN BENNETT<br>ALSTYN BENNETT<br>Assistant United States Attorney |
| Dated: January 3, 2024 | /s/ MEGHAN D. MCLOUGHLIN<br>MEGHAN D. MCLOUGHLIN<br>Counsel for Defendant<br>JOSEPH ALAN CHILDERS |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is continued to March 5, 2024 at 9:30 a.m. and the proposed presentence report and objection schedule is adopted. The court does not intend to continue the hearing any further absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **January 3, 2024**           /s/ Dale A. Drozd
                      DALE A. DROZD
                      UNITED STATES DISTRICT JUDGE