PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00103-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING VACATING JUDGMENT AND SENTENCING DATE AND RESETTING PSR DISCLOSURE SCHEDULE; FINDINGS AND ORDER |
| v. | |
| JOSEPH ALAN CHILDERS, | |
| Defendant. | DATE: March 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgement and sentencing on March 5, 2024.

2. Due to ongoing medical issues of the assigned Probation Officer, Probation requires additional time to complete the Presentence Report. Accordingly, the parties have conferred with Probation and request the Court vacate the current judgment and sentencing date and reset the Presentence Report disclosure schedule as follows:

   a) Judgment and Sentencing Date:          April 29, 2024
   b) Reply, or Statement of Non-Opposition: April 23, 2024
   c) Formal Objections to PSR:              April 16, 2024
   d) Final PSR:                             April 9, 2024

   e)  Informal Objections to PSR:      April 2, 2024

   f)  Draft PSR:            March 19, 2024

 3. The Probation Officer has no objection to the new dates.

 IT IS SO STIPULATED.

Dated:  February 27, 2024         PHILLIP A. TALBERT
                    United States Attorney

                    /s/ ALSTYN BENNETT
                    ALSTYN BENNETT
                    Assistant United States Attorney

Dated:  February 27, 2024         /s/ MEGHAN D. MCLOUGHLIN
                    MEGHAN D. MCLOUGHLIN
                    Counsel for Defendant
                    JOSEPH ALAN CHILDERS

**ORDER**

 Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for March 5, 2024 is hereby continued to April 29, 2024 at 9:30 a.m. and the presentence report related schedule proposed by the parties is adopted.

 IT IS SO ORDERED.

Dated:  **February 28, 2024**         _/s/ Dale A. Drozd_
                    DALE A. DROZD
                    UNITED STATES DISTRICT JUDGE