IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH ALAN CHILDERS,<br>        Defendant. | 2:23-cr-00103-DAD |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS SAMIR COLINDREZ-ERAZO,<br>        Defendant. | 2:24-cr-00096-DJC |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:23-cr-00103-DAD and 2:24-cr-00096-DJC on May 3, 2024;

Case number 2:24-cr-00096-DJC is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

/////

/////

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:24-cr-00096-DAD**

IT IS SO ORDERED.

Dated:   **May 13, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2