IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-cr-00103-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH ALAN CHILDERS, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-cr-00096-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| CARLOS SAMIR COLINDREZ-ERAZO, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-cr-00246-DC |
| Plaintiff, | ) | |
| v. | ) | |
| YAHIR ALEXANDER ARTEGA CRUZ, et al., | ) | |
| Defendant. | ) | |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:23-cr-00103-DAD, 2:24-cr-00096-DAD, and 2:24-cr-00246-DC on December 9, 2024;

Case number 2:24-cr-00246-DC is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:24-cr-00246-DAD**

IT IS SO ORDERED.

Dated: __December 11, 2024__   _Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE